# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

OLETHA GOLATT                                                              PLAINTIFF

v.                      NO. 4:11CV00875 JLH

FOREMOST HOME IMPROVEMENT, INC., et al.                  DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, this action is remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 12th day of December, 2011.

                                                      _____
                                                      J. LEON HOLMES
                                                      UNITED STATES DISTRICT JUDGE