IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OLETHA GOLATT                                                                                       PLAINTIFF

v.                                             NO. 4:11CV00875 JLH

FOREMOST HOME IMPROVEMENT, INC., et al.                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 12th day of December, 2011.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE